UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Precise Graphix, LLC | | |
| Debtor | : | Bankruptcy No. 21-12663-pmm |
| | : | |
| Lynn Feldman, as Trustee for the Bankruptcy Estate of Precise Graphix, LLC, | | |
| Plaintiff | : | |
| v. | : | |
| Impact Sign & Branding Corp., | | |
| Defendant | : | Adversary No. 22-00077-pmm |

## DEFAULT JUDGMENT

Before Honorable Patricia M. Mayer

AND NOW, this 4th day of January 2023 in accordance with Request for Entry of Judgment by Default, Affidavit, and Certificate of Service, it is

ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Lynn Feldman, as Trustee for the Bankruptcy Estate of Precise Graphix LLC and against Defendant, Impact Sign & Branding Corp. in the amount of One Thousand Nine Hundred Seven Dollars and Twenty Five Cents. ($1,907.25) plus court filing costs in the amount of Three Hundred Thirteen Dollars. ($313.00).

FOR THE COURT

ATTEST:

Timothy B. McGrath
Clerk of Court