## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | BIZ AS USUAL, LLC, | : | Chapter 11 |
| | | : | |
| | **Debtor** | : | |
| | | : | Bky. No. 19-16476 ELF |
| | | : | |
| BIZ AS USUAL, LLC, | | : | |
| | | : | |
| | **Plaintiff** | : | |
| | | : | |
| | v. | : | Adv. No.  20-0268 |
| | | : | |
| DALIN FUNDING, LP, | | : | |
| | | : | |
| | **Defendant** | : | |

# O R D E R

**AND NOW**, **WHEREAS**, an Order was entered on **April 28, 2021** dismissing the main bankruptcy case,

**AND**, the above captioned adversary proceeding is still pending,

**AND**, generally, dismissal of a debtor's main case requiring the dismissal of all pending adversary cases, see In re Smith, 866 F.2d 576 (3rd Cir. 1989); In re Stardust Inn, Inc., 70 B.R. 888 (Bankr. E.D. Pa. 1987); accord, In re Porges, 44 F.3d 159 (2d Cir. 1995),

**AND**, it appears that no justification exists for this court's retention of jurisdiction over this proceeding by way of ancillary jurisdiction,

It is therefore **ORDERED** that the above captioned adversary proceeding is

**DISMISSED** for lack of jurisdiction.  The Clerk shall **ADMINISTRATIVELY CLOSE** this

adversary proceeding forthwith.

Date:  April 29, 2021

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**